AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAUL RAMIREZ-LOPEZ | ) Case No. 12-8440-JMH | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
NOV 14 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 11, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and misuse of visas, permits and other documents. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*I find probable cause JMH*

Sworn to before me and signed in my presence.

_____
Complainant's signature

Scott Stacy, Border Patrol Agent
*Printed name and title*

Date: 11/14/2012

_____
Judge's signature

City and state: WEST PALM BEACH, FLORIDA

JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT
# OF
# AGENT SCOTT STACY
# DEPARTMENT OF HOMELAND SECURITY
# CUSTOMS and BORDER PROTECTION

I, Scott Stacy, being duly sworn, depose and state:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******333, court documents and reports, and interviews of Raul RAMIREZ-LOPEZ. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Raul

RAMIREZ-LOPEZ, hereinafter "Defendant", has committed a violation of Title 18, United States Code, Section 1546(a), fraud and misuse of visas, permits and other documents.

4. On November 11, 2012, at approximately 9:36 p.m., a Riviera Beach police officer responded to a "domestic" call near the 100 block of West 32nd Court, Riviera Beach, Palm Beach County, in the Southern District of Florida. When the officer met the reporting party, N. Garcia, the officer took her statement. Garcia stated that her husband, later identified as Defendant, had hit her, so she went to a neighbor's house who is a deputy sheriff. Garcia stated that when Defendant drinks he hits her and that she never calls the police because Defendant provides the family's income and she is afraid of him. She stated that after an argument Defendant began to call her stupid and hit and scratch her on her back and chest several times.

5. The officer transported Garcia back to her home, where the incident occurred. Defendant had since left the area to an unknown location.

6. At approximately 11:10 p.m., Riviera Beach police officers were returning to Garcia's residence to obtain more information. The officers observed Garcia near the 2800 block of Avenue E walking with a male, later identified as Defendant. Defendant was arrested at that time for Simple Battery.

7. During a search incident to arrest at the Riviera Beach Police Department, the officer found a "Resident Alien Card" and a "Social Security Card" in Defendant's wallet. West Palm Beach Border Patrol agents were contacted to assist in determining the identity of

2

Defendant. Agents responded to the police station. The agents reviewed the cards and due to their appearance believed them to be fraudulent. The agents conducted an immigration inspection on Defendant. The agents determined that Defendant was a citizen of Guatemala not in possession of any immigration documents that would allow Defendant to enter, reside, or remain in the United States legally.

8. The police officer transported Defendant, along with the two fraudulent cards, to the Border Patrol station before taking Defendant to the Palm Beach County Jail. At the Border Patrol station, Defendant was enrolled in the DHS e3 Processing System wherein the Defendant's photograph, fingerprints and biographical information are searched in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).

9. At the Border Patrol station, the Defendant was advised of his Miranda Warning in the Spanish language by a Spanish speaking agent, which was witnessed by a Supervisory Border Patrol Agent. Defendant signed a waiver of these rights and agreed to make a statement without the presence of an attorney. In the statement, Defendant admitted to being born in Guatemala and to being a Guatemalan citizen. Defendant admitted that he knew the cards were fraudulent. Defendant admitted that he bought both of the cards for $125.00 so that he could work.

10. The alien registration number ******547 listed on the fraudulent alien registration card that was in the possession of Defendant was checked in the Central Index

3

System (CIS). The check listed the card number as having been issued to E. Rouhana, a native and citizen of Lebanon. The Resident Alien Card also appeared to be fraudulent due to the photo being a frontal view instead of an angled view.

11. The Social Security Card number *****7643 had Defendant's name printed on it but did not have the security feature of micro-printing necessary to be valid. A query through the CIS indicated that the card was issued to M. Orellana.

12. Both documents were seized and will be forwarded to the DHS/USICS Document Lab for confirmation as to the lack of validity.

13. Checks were conducted in the USCIS computer database. USCIS databases indicated that Defendant has no record of obtaining or applying for a Resident Alien Card.

WHEREFORE, on the basis of the foregoing, your affiant submits that probable cause

exists to charge Defendant Raul RAMIREZ-LOPEZ with violation of Title 18, United States Code, Section 1546(a), that is, fraud and misuse of visas, permits and other documents.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT STACY
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION


SWORN TO AND SUBSCRIBED
BEFORE ME THIS 14TH DAY OF NOVEMBER, 2012
AT WEST PALM BEACH, FLORIDA.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   12-8440-JMH

UNITED STATES OF AMERICA

vs.

RAUL RAMIREZ-LOPEZ
        Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _____
     /s/ CAROLYN BELL
                ASSISTANT UNITED STATES ATTORNEY
                Court ID No. A5500286
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel: (561) 820-8711
                Fax: (561) 820-8777
                Email: carolyn.bell@usdoj.gov